UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv1111 |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 5, 2020 |
|     Defendants. | | |

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court for the District of Connecticut

CURT B. LENG, JOHN SULLIVAN, THE TOWN OF HAMDEN and TOWN OF HAMDEN POLICE DEPARTMENT, defendants in the case styled <u>Stephanie Washington v. Devin Eaton, et al.</u>, Docket No. NNH-CV-20-6106530-S, filed in the Superior Court of New Haven, Judicial District of New Haven, Connecticut, respectfully file this Petition of Removal to the United States District Court for the District of Connecticut.

    1.    The claims against the defendants were initiated by plaintiff's complaint that was served in the manner provided by statute on or about July 15, 2020, and this petition is brought

within thirty days of that service.  This Petition of Removal is therefore timely.

    2.   This Court has subject matter jurisdiction regarding this matter pursuant to 28 U.S.C. §1331.  Plaintiff has alleged violation of her Fourth Amendment rights.

    3.   All of the pleadings and orders served on the defendants in the State Court action are attached hereto.

WHEREFORE, petitioners pray that the above action returnable in the Superior Court of the State of Connecticut, in the Judicial District of New Haven at New Haven be removed to this Court.

                                      DEFENDANTS, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT

BY /ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Dr., Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com

4834-7408-4551, v. 1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 5th day of August, 2020, to the following parties:

John-Henry M. Steele, Esq.
jhs@deysmith.com

Elliot Spector, Esq.
ebspector87@gmail.com

Patrick Noonan, Esq.
PNoonan@ddnctlaw.com

Michael Wolack, Esq.
MWolak@newhavenct.gov

John H. Morgan, Esq.
jmorgan@pmpalawyer.com

                                            /ss/ James N. Tallberg
                                            James N. Tallberg

4834-7408-4551, v. 1