UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv01111 |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 5, 2020 |
|     Defendants. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of JAMES N. TALLBERG, as counsel for defendants CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT in the above referenced action.

                        DEFENDANTS, CURT B. LENG, JOHN
                        SULLIVAN, TOWN OF HAMDEN, TOWN OF
                        HAMDEN POLICE DEPARTMENT

                      BY/ss/ James N. Tallberg
                        James N. Tallberg
                        Federal Bar No.: ct17849
                        Karsten & Tallberg, LLC
                        500 Enterprise Dr., Suite 4B
                        Rocky Hill, CT 06067
                        T: (860)233-5600
                        F: (860)233-5800
                        jtallberg@kt-lawfirm.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 5th day of August, 2020, to the following parties:

John-Henry M. Steele, Esq.
jhs@deysmith.com

Elliot Spector, Esq.
ebspector87@gmail.com

Patrick Noonan, Esq.
PNoonan@ddnctlaw.com

Michael Wolack, Esq.
MWolak@newhavenct.gov

John H. Morgan, Esq.
jmorgan@pmpalawyer.com

/ss/ James N. Tallberg
James N. Tallberg

- 2 -

4837-6604-7431, v. 1