```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

STEPHANIE WASHINGTON,                  :   CIV. NO. 3:20cv01111
    Plaintiff,                         :
                                       :
vs.                                    :
                                       :
DEVIN EATON, TERRANCE POLLOCK,         :
AZIZ ABDULLATTF, CURT B. LENG,         :
JOHN SULLIVAN, TOWN OF HAMDEN,         :
TOWN OF HAMDEN POLICE DEPARTMENT,      :
RONNELL HIGGINS, YALE UNIVERSITY,      :
YALE UNIVERSITY POLICE DEPARTMENT,     :
JUSTIN ELICKER, OTONIEL REYES,         :
CITY OF NEW HAVEN, NEW HAVEN           :
POLICE DEPARTMENT, and T&S UNITED      :
LLC;                                   :   AUGUST 5, 2020
    Defendants.
```

## **STATEMENT OF JAMES N. TALLBERG**

The undersigned states that to the best of his present knowledge and belief, the defendants have been served in the manner provided by statute, and this petition is brought within thirty days of that service.

Defendants are believed to have been served on or about July 15, 2020.

DEFENDANTS, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT

BY /ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 5th day of August, 2020, to the following parties:

John-Henry M. Steele, Esq.
jhs@deysmith.com

Elliot Spector, Esq.
ebspector87@gmail.com

Patrick Noonan, Esq.
PNoonan@ddnctlaw.com

Michael Wolack, Esq.
MWolak@newhavenct.gov

John H. Morgan, Esq.
jmorgan@pmpalawyer.com

/ss/ James N. Tallberg
James N. Tallberg

4816-2374-1383, v. 1