UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv01111 |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 5, 2020 |
|     Defendants. | | |

## **NOTICE OF PENDING MOTIONS**

Pursuant to the Local Standing Order in Removed Cases, the undersigned hereby certifies that there are no pending motions that require action by a Judge of this court at this time.

                          DEFENDANTS, CURT B. LENG, JOHN
                          SULLIVAN, TOWN OF HAMDEN, TOWN OF
                          HAMDEN POLICE DEPARTMENT

                        BY/ss/ <u>James N. Tallberg</u>
                          James N. Tallberg
                          Federal Bar No.: ct17849
                          Karsten & Tallberg, LLC
                          500 Enterprise Dr., Suite 4B
                          Rocky Hill, CT 06067
                          T: (860)233-5600
                          F: (860)233-5800
                          [jtallberg@kt-lawfirm.com](mailto:jtallberg@kt-lawfirm.com)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 5th day of August, 2020, to the following parties:

John-Henry M. Steele, Esq.
jhs@deysmith.com

Elliot Spector, Esq.
ebspector87@gmail.com

Patrick Noonan, Esq.
PNoonan@ddnctlaw.com

Michael Wolack, Esq.
MWolak@newhavenct.gov

John H. Morgan, Esq.
jmorgan@pmpalawyer.com

/ss/ James N. Tallberg
James N. Tallberg

4833-8652-8711, v. 1