UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv01111(VLB) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 6, 2020 |
|     Defendants. | | |

## AMENDED NOTICE OF REMOVAL

This will certify that undersigned counsel, James N. Tallberg, for defendants CURT B. LENG, JOHN SULLIVAN, THE TOWN OF HAMDEN and TOWN OF HAMDEN POLICE DEPARTMENT, spoke with counsel for all fifteen defendants whom indicated they consent to the removal of this action.

                                                DEFENDANTS, CURT B. LENG, JOHN
                                                SULLIVAN, TOWN OF HAMDEN, TOWN OF
                                                HAMDEN POLICE DEPARTMENT

                                                BY/ss/ *James N. Tallberg*
                                                   James N. Tallberg
                                                   Federal Bar No.: ct17849
                                                   Karsten & Tallberg, LLC
                                                   500 Enterprise Dr., Suite 4B
                                                   Rocky Hill, CT 06067
                                                   T: (860)233-5600
                                                   F: (860)233-5800
                                                   jtallberg@kt-lawfirm.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 6th day of August, 2020, to the following parties:

John-Henry M. Steele, Esq.
jhs@deysmith.com

Elliot Spector, Esq.
ebspector87@gmail.com

Patrick Noonan, Esq.
PNoonan@ddnctlaw.com

Michael Wolack, Esq.
MWolak@newhavenct.gov

John H. Morgan, Esq.
jmorgan@pmpalawyer.com

/ss/ James N. Tallberg
James N. Tallberg