UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE WASHINGTON : | CIVIL ACTION NO. 3:20-cv-01111 |
| PLAINTIFF : | |
| v. : | |
| DEVIN EATON, TERRANCE POLLOCK, : | |
| AZIZ ABDULLATTF, CURT B. LENG, : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, : | |
| RONNELL HIGGINS, YALE UNIVERSITY, : | |
| YALE UNIVERSITY POLICE DEPARTMENT, : | |
| JUSTIN ELICKER, OTONIEL REYES, : | |
| CITY OF NEW HAVEN, NEW HAVEN : | |
| POLICE DEPARTMENT, and T&S UNITED : | |
| LLC. : | AUGUST 6, 2020 |
| DEFENDANTS : | |

## NOTICE OF CONSENT TO REMOVAL

Please take notice that the defendants YALE UNIVERSITY, RONNELL HIGGINS, and

TERRANCE POLLOCK have consented to the removal of the above-captioned matter to the

United States District Court for the District of Connecticut.

                                    **THE DEFENDANTS,**
                                    **YALE UNIVERSITY, RONNELL HIGGINS,**
                                    **and TERRANCE POLLOCK**

                              By:           /s/
                                    PATRICK M. NOONAN – CT00189
                                    DONAHUE, DURHAM & NOONAN, P.C.
                                    Concept Park
                                    741 Boston Post Road, Suite 306
                                    Guilford, CT  06437
                                    Telephone:  (203) 458-9168
                                    Fax:        (203) 458-4424
                                    Email:     pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                              _____/s/_____
                                                                                                   Patrick M. Noonan