UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEPHANIE WASHINGTON** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **V.** | ) | **3:20-cv-01111** |
| | ) | |
| **DEVIN EATON, TERRANCE** | ) | |
| **POLLOCK, AZIZ ABDULLATTF,** | ) | |
| **CURT B. LENG, JOHN SULLIVAN,** | ) | |
| **TOWN OF HAMDEN, TOWN OF** | ) | |
| **HAMDEN POLICE DEPARTMENT,** | ) | |
| **RONNELL HIGGINS, YALE** | ) | |
| **UNIVERSITY, JUSTIN ELICKER** | ) | |
| **OTONIEL REYES, CITY OF NEW** | ) | |
| **HAVEN, NEW HAVEN POLICE** | ) | |
| **DEPARTMENT, and T&S** | ) | |
| **UNITED, LLC** | ) | **AUGUST 6, 2020** |

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 and Rule 81 of the Federal Rules of Civil Procedure, the plaintiff hereby demands trial by jury of all issues in this case that are triable to a jury.

                                         **THE PLAINTIFF,**

                     **BY:**   **/s/ John-Henry M. Steele (ct10187)**
                             **John-Henry M. Steele, Esq.**
                             **DEY SMITH STEELE, LLC**
                             **9 Depot Street, 2nd Floor**
                             **Milford, CT 06460**
                             **Tel.: (203) 882-3351**
                             **Fax: (203) 882-3359**
                             **E-mail: jhs@deysmith.com**

## **CERTIFICATION**

I hereby certify that on Thursday, August 06, 2020, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use or accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that courtesy copies of the foregoing were sent electronically this same date to:

James Tallberg, Esq., via e-mail to:
jtallberg@kt-lawfirm.com;

and to the others identified in Attorney Tallberg's certification in the removal papers that were filed with the court:

Elliot Spector, Esq., via e-mail to:
ebspector87@gmail.com

Patrick Noonan, Esq., via e-mail to:
pnoonan@ddnctlaw.com

Michael Wolack, Esq., via e-mail to:
mwolak@newhavenct.gov

John H. Morgan, Esq., via e-mail to:
jmorgan@pmpalawyer.com

                                              **/s/ John-Henry M. Steele (ct10187)**