AO 458 (Rev. 5/85)    Appearance

# United States District Court

**DISTRICT OF CONNECTICUT**

## APPEARANCE

**STEPHANIE WASHINGTON**

**VS.**                                          CASE NUMBER:    3:20-cv-01111 (VLB)

**DEVIN EATON, ET AL.**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following Defendants only:  Justin Elicker, Otoniel Reyes, City of New Haven, and New Haven Police Department.

August 6, 2020                                      /s/ *Michael A. Wolak, III*
Date                                                Signature

                                                    Michael A. Wolak, III
                                                    Print Name

                                                    Ct12681
                                                    Federal Bar Number

                                                    165 Church Street, 4th Floor
                                                    Address

                                                    New Haven         CT         06510
                                                    City              State      Zip Code

                                                    (203) 946-7970
                                                    Phone Number

                                                    (203) 946-7942
                                                    Fax Number

                                                    mwolak@newhavenct.gov
                                                    E-mail

## **CERTIFICATION**

      I hereby certify that on August 6, 2020 undersigned counsel's Appearance for Defendants Justin Elicker, Otoniel Reyes, City of New Haven and New Haven Police Department was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                  /s/ Michael A. Wolak, III
                                                        Michael A. Wolak, III