UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv01111(VLB) |
|    Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 6, 2020 |
|    Defendants. | | |

**NOTICE OF CONSENT TO REMOVAL**

Please take notice that the defendants JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN and NEW HAVEN POLICE DEPARTMENT have consented to the removal of the above-captioned matter to the United States District Court of Connecticut.

                            DEFENDANTS, JUSTIN ELICKER, OTONIEL
                            REYES, CITY OF NEW HAVEN, NEW HAVEN
                            POLICE DEPARTMENT,

                            BY  /s/ *Michael A. Wolak, III*
                            Michael A. Wolak, III
                            Sr. Assistant Corporation Counsel
                            Office of Corporation Counsel
                            165 Church Street
                            New Haven, CT 06510
                            Tel. #: (203) 946-7970
                            Cell #: (203) 376-4364
                            Fax #: (203) 946-7942
                            E-mail: mwolak@newhavenct.gov
                            Fed. Bar #ct12681
                            Their Attorney

**CERTIFICATION**

I hereby certify that on August 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/    *Michael A. Wolak, III*
           Michael A. Wolak, III

4820-8636-0775, v. 1