UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIVIL ACTION NO. 3:20-cv-01111 |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC. | : | AUGUST 7, 2020 |
| DEFENDANTS | : | |

**NOTICE OF CONSENT TO REMOVAL**

Please take notice that the defendant, **Devin Eaton** has consented to the removal of the above-captioned matter to the United States District Court for the District of Connecticut.

                              **THE DEFENDANT,**
                              **Devin Eaton**
                              **By /s/**
                              David C. Yale
                              Hassett & George, PC
                              945 Hopmeadow Street
                              Simsbury, CT 06070
                              (860) 651-1333
                              (860) 651-1888 facsimile
                              dyale@hgesq.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                   /s/
                                                            David C. Yale