UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE WASHINGTON,<br>    Plaintiff, | CIV. NO. 3:20cv01111(VLB) |
| vs. | |
| DEVIN EATON, TERRANCE POLLOCK,<br>AZIZ ABDULLATTF, CURT B. LENG,<br>JOHN SULLIVAN, TOWN OF HAMDEN,<br>TOWN OF HAMDEN POLICE DEPARTMENT,<br>RONNELL HIGGINS, YALE UNIVERSITY,<br>YALE UNIVERSITY POLICE DEPARTMENT,<br>JUSTIN ELICKER, OTONIEL REYES,<br>CITY OF NEW HAVEN, NEW HAVEN<br>POLICE DEPARTMENT, and T&S UNITED<br>LLC;<br>    Defendants. | AUGUST 7, 2020 |

## NOTICE OF CONSENT TO REMOVAL

Please take notice that the defendants AZIZ ABDULLATTF and T&S UNITED, LLC consent to the removal of the above-captioned matter to the United States District Court of Connecticut. Please also note that the undersigned is private counsel for the defendants, who have available insurance. We are awaiting a formal coverage opinion and appearance of insurance counsel. In the interim, the carrier consented to removal as well.

    DEFENDANTS, AZIZ ABDULLATTF, T&S UNITED, LLC

By: _____
John J. Morgan (ct13312)
Barr & Morgan
84 West Park Place, Third Floor
Stamford, CT 06901
Tel: (203) 356-1595
Fax: (203) 504-8926
jmorgan@pmpalawyer.com