UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON,<br>    Plaintiff, | : | CIV. NO. 3:20cv01111(VLB) |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED LLC;<br>    Defendants. | : | AUGUST 14, 2020 |

## **MOTION FOR EXTENSION OF TIME TO PLEAD**

Defendants, CURT B. LENG, JOHN SULLIVAN, THE TOWN OF HAMDEN and TOWN OF HAMDEN POLICE DEPARTMENT, hereby move for an extension of time, up to and including September 10, 2020, within which to answer or otherwise respond to plaintiff's amended complaint [Doc. 15].

This enlargement of time is necessary in order to allow the undersigned to investigate the allegations in plaintiff's amended complaint, and to file a response. This is the first such request for an enlargement. Good cause exists in that undersigned counsel is still in the process of identifying and attempting to collect necessary information and documents.

Pursuant to Local Rule 7(b)(3), undersigned contacted plaintiff's counsel, John-Henry Steele, Esq., via email on August 13, 2020 for his position on this motion. Attorney Steele consents to the requested extension of time.

DEFENDANTS, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT

BY<u>/ss/ James N. Tallberg</u>
   James N. Tallberg
   Federal Bar No.: ct17849
   Karsten & Tallberg, LLC
   500 Enterprise Dr., Suite 4B
   Rocky Hill, CT 06067
   T: (860)233-5600
   F: (860)233-5800
   jtallberg@kt-lawfirm.com

## **<u>CERTIFICATION</u>**

I hereby certify that on August 14, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/ss/ James N. Tallberg</u>
James N. Tallberg

4811-4047-3031, v. 1