UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIVIL ACTION NO. 3:20-cv-01111 |
| PLAINTIFF | : | |
| v. | : | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED LLC. | : | AUGUST 14, 2020 |
| DEFENDANTS | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew H. Geelan, as attorney for the defendants, Yale University, Ronnell Higgins and Terrance Pollock in the above-entitled matter.

          **THE DEFENDANTS,**
          **YALE UNIVERSITY, RONNELL HIGGINS**
          **AND TERRANCE POLLOCK**

          By: /s/
          MATTHEW H. GEELAN – CT26934
          DONAHUE, DURHAM & NOONAN, P.C.
          Email: mgeelan@ddnctlaw.com

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                        /s/
                                        Matthew H. Geelan