UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIVIL ACTION NO. 3:20-cv-01111 |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED LLC. | : | |
| | : | AUGUST 14, 2020 |
| DEFENDANTS | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), the defendants, YALE UNIVERSITY, RONNELL HIGGINS, and TERRANCE POLLOCK, hereby respectfully move for an extension of time, up to and including September 10, 2020, within which to answer or otherwise respond to the plaintiff's Amended Complaint (Document No. 15).

This extension of time is necessary in order to allow the undersigned to investigate the allegations in plaintiff's amended complaint, and to file a response. Good cause exists in that undersigned counsel is still in the process of identifying and attempting to collect necessary information and documents.

Plaintiff's counsel consents to this Motion for Extension of Time. This is defendants' first request for an extension of time with respect to this deadline.

                              **THE DEFENDANTS,**
                              **YALE UNIVERSITY, RONNELL HIGGINS, and TERRANCE POLLOCK**

By: _____/s/_____
      PATRICK M. NOONAN – CT00189
      MATTHEW H. GEELAN – CT26934
      DONAHUE, DURHAM & NOONAN, P.C.
      Concept Park
      741 Boston Post Road, Suite 306
      Guilford, CT  06437
      Telephone:  (203) 458-9168
      Fax:            (203) 458-4424
      Email:         pnoonan@ddnctlaw.com

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                      _____/s/_____
                                                                Patrick M. Noonan