UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE WASHINGTON : | |
| : | CASE NO. |
| **Plaintiff** : | |
| v. : | 3:20-cv-01111 (VLB) |
| : | |
| : | |
| DEVIN EATON, ET AL. : | |
| : | AUGUST 18, 2020 |
| **Defendants** : | |

### MOTION FOR ENLARGEMENT OF TIME OF DEFENDANTS JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN AND NEW HAVEN POLICE DEPARTMENT WITHIN WHICH TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendants Justin Elicker, Otoniel Reyes, City of New Haven, and New Haven Police Department, pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), move the Court to enlarge the time for an additional twenty-one (21) days, of up to and including September 17, 2020, for the filing of a responsive pleading to the plaintiff's Amended Complaint (Doc. #15).  The grounds for said motion is that undersigned counsel has only recently been assigned this file and needs the additional time to properly investigate the claims being made against each of the above-referenced defendants, including, but not limited to, research into the legal bases for said claims, so that an appropriate response can be prepared.

In accordance with D. Conn. L. Civ. R. 7(b) the undersigned represents that in response to a telephone message left with plaintiff's attorney, John-Henry M. Steele, Esq., he responded by e-mail on August 14, 2020 that he did not have

**ORAL ARGUMENT NOT REQUESTED**

an objection to an enlargement of time of twenty-one days.

This is the <u>first</u> request by these defendants for an enlargement of time within which to file a responsive pleading to the plaintiff's Amended Complaint.

THE DEFENDANTS,
JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, AND NEW HAVEN POLICE DEPARTMENT

BY: /s/ *Michael A. Wolak, III*
Michael A. Wolak, III
Fed. Bar #ct12681
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel. #: (203)946-7970
Fax #: (203) 946-7942
Email: mwolak@newhavenct.gov
Their Attorney

## CERTIFICATION

I hereby certify that on August 18, 2020, the Motion for Enlargement of Time of Defendants Justin Elicker, Otoniel Reyes, City of New Haven and New Haven Police Department within Which to File a Responsive Pleading was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Michael A. Wolak, III*
Michael A. Wolak, III