UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | Civil No. 3:20-cv-01111-VLB |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DEVIN EATON, | : | |
| TERRANCE POLLOCK | : | |
| AZIZ ABDULLATTF | : | |
| CURT B. LENG | : | |
| JOHN SULLIVAN | : | |
| TOWN OF HAMDEN | : | |
| TOWN OF HAMDEN POLICE DEPT. | : | |
| RONNELL HIGGINS | : | |
| YALE UNIVERSITY | : | |
| YALE UNIVERSITY POLICE DEPT. | : | |
| JUSTIN ELICKER | : | |
| OTONIEL REYES | : | |
| CITY OF NEW HAVEN | : | |
| NEW HAVEN POLICE DEPT. | : | |
| T&S UNITED, LLC | : | |
| Defendant | : | August 20, 2020 |

## NOTICE OF APPEARANCE

To: The clerk of Court and all parties of record:

Please note my appearance as counsel of record for the defendants, **Aziz Abdullattf and T&S United, LLC,** only.

Date: August 20, 2020.

By: _____
John J. Morgan (ct13312)
Barr & Morgan
84 West Park Place, Third Floor
Stamford, CT 06901
Tel: (203) 356-1595
Fax: (203) 504-8926
jmorgan@pmpalawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

John-Henry McKim Steele
Dey Smith Steele, LLC
9 Depot Street, 2nd fl.
Milford, CT 6460
jhs@deysmith.com

David C. Yale
Hassett & George, PC
915 Hopmeadow St.
Simsbury, CT 06070
dyale@hgesq.com

Patrick M. Noonan
Donahue, Durham & Noonan
Concept Park
741 Boston Post Road
Guilford, CT 06437
pnoonan@ddnctlaw.com

James Newhall Tallberg
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
jtallberg@kt-lawfirm.com

Michael A. Wolak, III
Office of Corporate Counsel
City of New Haven
165 Church St. 4th fl.
New Haven, CT 06510
mwolak@newhavenct.gov

By: _____
John J. Morgan (ct13312)
Barr & Morgan
84 West Park Place, Third Floor
Stamford, CT 06901
Tel: (203) 356-1595
Fax: (203) 504-8926
jmorgan@pmpalawyer.com