UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON, | : | CIV. NO. 3:20cv01111(VLB) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE POLLOCK, | : | |
| AZIZ ABDULLATTF, CURT B. LENG, | : | |
| JOHN SULLIVAN, TOWN OF HAMDEN, | : | |
| TOWN OF HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE UNIVERSITY, | : | |
| YALE UNIVERSITY POLICE DEPARTMENT, | : | |
| JUSTIN ELICKER, OTONIEL REYES, | : | |
| CITY OF NEW HAVEN, NEW HAVEN | : | |
| POLICE DEPARTMENT, and T&S UNITED | : | |
| LLC; | : | AUGUST 28, 2020 |
|     Defendants. | | |

**MOTION FOR EXTENSION**

Defendants, CURT B. LENG, JOHN SULLIVAN, THE TOWN OF HAMDEN and TOWN OF HAMDEN POLICE DEPARTMENT, hereby move for an extension of time, up to and including September 4, 2020, within which the parties may file their Joint Rule 26(f) Report for approval by the Court.   The basis for this request is as follows:

    1.    This action arises from a police-involved shooting incident that occurred on April 16, 2019.

    2.    Plaintiff in this action named fifteen (15) defendants, represented by five (5) separate law firms.

    3.    The last appearance by a defendant was filed on August 20, 2020.  See Doc. 30.

4.      There are two related legal actions pending in the Connecticut Superior Court, one criminal and one civil, <u>State v. Eaton</u>, No. NNH -CR19-0224774-T, and <u>United Public Service Employees Union, COPS Local 062 v. Town of Hamden</u>, No. NNH-CV-19-5047513-S.

5.      On or about August 11, 2020, plaintiff's counsel circulated a draft Rule 26(f) Report.

6.      The parties have conferred regarding the factual and legal basis for the claims and defenses to be asserted and a discovery plan and are working diligently and in good faith to agree on a mutually acceptable Rule 26(f) Report.

6.      Given the number of defendants, the complexity of the issues, and the multiple defense teams involved in the action pending before this Court, the defendants respectfully request a date certain of next **Friday, September 4, 2020**, to file the Rule 26(f) Report.

7.      Pursuant to Local Rule 7(b)(3), the undersigned counsel contacted all parties on August 27, 2020 for their position on this motion. All counsel consent to the requested extension of time.

```
                                        DEFENDANTS, CURT B. LENG, JOHN
                                        SULLIVAN, TOWN OF HAMDEN, TOWN OF
                                        HAMDEN POLICE DEPARTMENT

                                    BY/ss/ James N. Tallberg
                                        James N. Tallberg
                                        Federal Bar No.: ct17849
                                        Karsten & Tallberg, LLC
                                        500 Enterprise Dr., Suite 4B
                                        Rocky Hill, CT 06067
                                        T: (860)233-5600
                                        F: (860)233-5800
                                        jtallberg@kt-lawfirm.com
```

**CERTIFICATION**

    I hereby certify that on August 28, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                                /ss/ James N. Tallberg
                                                                 James N. Tallberg