AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Stephanie Washington <br> *Plaintiff* <br> v. <br> Devin Eaton, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 3:20-cv-01111 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephanie Washington

Date: 08/31/2020

*Attorney's signature*

Winthrop S. Smith, III
*Printed name and bar number*

9 Depot Street, 2nd Floor
Milford, CT 0646
*Address*

winlll@deysmith.com
*E-mail address*

(203) 882-3351
*Telephone number*

(203) 882-3359
*FAX number*