UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIV. NO.3:20-cv-01111 (VLB) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, TERRANCE | : | |
| POLLOCK, AZIZ ABDULLATTF, | : | |
| CURT B. LENG, JOHN SULLIVAN, | : | |
| TOWN OF HAMDEN, TOWN OF | : | |
| HAMDEN POLICE DEPARTMENT, | : | |
| RONNELL HIGGINS, YALE | : | |
| UNIVERSITY, JUSTIN ELICKER, | : | |
| OTONIEL REYES, CITY OF NEW | : | |
| HAVEN, NEW HAVEN POLICE | : | |
| DEPARTMENT, AND T&S | : | |
| UNITED, LLC | : | |
|     Defendants. | : | SEPTEMBER 4, 2020 |

## **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants, Town of Hamden, Town of Hamden Police Department, Chief John Sullivan, and Mayor Curt B. Leng, respectfully move to dismiss Count 12 of the plaintiff's Amended Complaint, dated August 6, 2020 [Compl.; Doc. 15].  As set forth more fully in the accompanying Memorandum of Law, Count 12 of the plaintiff's complaint fails to state a claim against these defendants upon which relief can be granted.

More specifically, Count 12 does not state a viable *Monell* claim against the Town of Hamden because the plaintiff has not identified a particular policy or custom of the Town that Hamden Officer Devin Eaton was following when he engaged in the actions underpinning the plaintiff's use of force claims against him in a separate Count of this action.

Additionally, Count 12 does not state a viable § 1983 claim against Defendant Sullivan or Defendant Leng, as the plaintiff has failed to sufficiently allege personal involvement by either of these two defendants in the subject incident such as to trigger liability for the actions of their subordinate officer.

Finally, Count 12 does not state a viable § 1983 claim against the Hamden Police Department, as municipal police departments are not distinct political entities capable of being sued separate and apart from their governing municipality.

Accordingly, the defendants respectfully request that this Court grant their Motion to Dismiss Count 12 of the plaintiff's Amended Complaint.

    DEFENDANTS, TOWN OF HAMDEN,
    HAMDEN POLICE DEPARTMENT, JOHN
    SULLIVAN, CURT B. LENG

BY/ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Dr., Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com

## **CERTIFICATION**

I hereby certify that on September 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg
