UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEPHANIE WASHINGTON** <br>    *-Plaintiff-* | ) <br> ) <br> ) | **CIVIL ACTION NO.:** |
| **V.** | ) <br> ) | **3:20-cv-01111 (VLB)** |
| **DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED, LLC** <br>    *-Defendants-* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **SEPTEMBER 7, 2020** |

## MOTION TO DISMISS

The defendants Aziz Abdullattf and T&S United, LLC hereby move to dismiss the plaintiff's complaint as against them pursuant to FRCP 12 because even if all of the allegations were true, the plaintiff's claims are not plausible and do not state a claim upon which relief may be granted because: Aziz Abdullattf's 9-1-1 report is protected under the United States and Connecticut Constitutions and the Noerr-Pennington doctrine; no cause of action for "false report" exists; the plaintiff lacks standing to assert claims related to the 9-1-1 call; and, plaintiff's allegations constitute a set of facts under which the defendants owed her no duty and that her alleged injuries resulted from multiple superseding intervening causes.

As a result the defendants Aziz Abdullattf and T&S United, LLC respectfully submit that the Tenth and Eleventh Counts of the Complaint should be dismissed and that judgment should be entered in favor of the defendants on those counts of the Complaint.

In further support, the defendants submit the attached Memorandum of Law in Support of Motion to Dismiss.

>The Defendants,
>Aziz Abdullattf and T&S United, LLC
>
>By: _____/s/_____
>John J. Morgan (ct13312)
>Barr & Morgan
>84 West Park Place, Third Floor
>Stamford, CT 06901
>Tel: (203) 356-1595
>Fax: (203) 504-8926
>jmorgan@pmpalawyer.com

## **CERTIFICATE OF SERVICE**

**I hereby certify that on September 7, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

**By:_____/s/_____**
**John J. Morgan (ct13312)**
**Barr & Morgan**
**84 West Park Place, Third Floor**
**Stamford, CT 06901**
**Tel: (203) 356-1595**
**Fax: (203) 504-8926**
**jmorgan@pmpalawyer.com**