UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE WASHINGTON | CIVIL ACTION NO. |
| PLAINTIFF | 3:20-cv-01111 (VLB) |
| v. | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED LLC. | SEPTEMBER 9, 2020 |
| DEFENDANTS | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants, Yale University, Ronnell Higgins, and Terrance Pollock, hereby move dismiss the Seventh, Eighth and Thirteenth Counts of the plaintiff's August 6, 2020 Amended Complaint (Document No. 15) for failure to state a claim upon which relief may be granted.

As set forth more fully in the accompanying memorandum of law, the Seventh Count should be dismissed because Yale University cannot be held liable to plaintiff solely based on its employee's alleged violation of 42 U.S.C. § 1983. The Eighth Count should be dismissed because Conn. Gen. Stat. § 7-465, by its plain language, is applicable only to municipalities and cannot be applied to a private entity such as Yale University. Finally, the Thirteenth Count should be dismissed

because it does not state a viable <u>Monell</u> claim against either Yale University or Ronnell Higgins in that the plaintiff has failed to identify a specific policy or custom that directly caused the plaintiff's alleged deprivation of rights and the plaintiff has failed to allege facts sufficient to establish deliberate indifference. The Thirteenth Count does not state a viable claim under 42 U.S.C. § 1983 against Ronnell Higgins for the additional reason that the plaintiff has failed to allege facts to support a claim of his personal involvement in the subject incident so as to trigger personal liability for the actions of his subordinate officer.

Accordingly, the defendants respectfully request that this Court grant their Motion to Dismiss the Seventh, Eighth, and Thirteenth Counts of the plaintiff's Amended Complaint.

                    THE DEFENDANTS,
                    YALE UNIVERSITY, RONNELL HIGGINS, and
                    TERRANCE POLLOCK

By: _____/s/_____
    PATRICK M. NOONAN – CT00189
    MATTHEW H. GEELAN – CT26934
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT  06437
    Telephone:  (203) 458-9168
    Fax:            (203) 458-4424
    Email:         pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                           _____/s/_____
                                                                              **Patrick M. Noonan**