UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | |
| | : | CASE NO. |
| **Plaintiff** | : | |
| v. | : | 3:20-cv-01111 (VLB) |
| | : | |
| | : | |
| DEVIN EATON, ET AL. | : | |
| | : | SEPTEMBER 17, 2020 |
| **Defendants** | : | |

### MOTION TO DISMISS THE NINTH COUNT AND THE FOURTEENTH COUNT OF PLAINTIFF'S AMENDED COMPLAINT BY DEFENDANTS JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN , AND NEW HAVEN POLICE DEPARTMENT

Defendants Justin Elicker, Otoniel Reyes, City of New Haven, and New Haven Police Department, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the Ninth Count and the Fourteenth Count of Plaintiff's Amended Complaint, which are the only counts directed against these defendants, for failure to state claims upon which relief can be granted.

Plaintiff in her Amended Complaint has not pled sufficient allegations that could impose liability on Defendant City of New Haven, pursuant to Conn. Gen. Stat., § 7-465, as is alleged in Count Nine, and therefore has failed to state a claim upon which relief can be granted. Defendant New Haven Police Department is not an entity that can be sued, and therefore the claim brought against it in the

**ORAL ARGUMENT REQUESTED**

1

**Fourteenth Count is not viable because there is a failure to state a claim against this defendant upon which relief can be granted. The "Monell" claim, brought pursuant to 42 U.S.C. § 1983 contained in the Fourteenth Count, and that is directed against Defendants Justin Elicker, who is being sued in his "official capacity," Otoniel Reyes, who is being sued in his "official capacity," the City of New Haven and the New Haven Police Department, also fails state a claim against these defendants upon which relief can be granted because the Amended Complaint does contain allegations sufficient to support such a claim.**

> THE DEFENDANTS,
> JUSTIN ELICKER, OTONIEL REYES,
> CITY OF NEW HAVEN, AND NEW
> HAVEN POLICE DEPARTMENT
>
> BY:  /s/ *Michael A. Wolak, III*
> Michael A. Wolak, III
> Fed. Bar #ct12681
> Assistant Corporation Counsel
> City of New Haven
> Office of Corporation Counsel
> 165 Church Street
> New Haven, CT 06510
> Tel. #:  203-946-7970
> Cell #:  203-376-4364
> Fax #:  203-946-7942
> Email: mwolak@newhavenct.gov
> Their Attorney

## CERTIFICATION

      I hereby certify that on September 17, 2020, the Motion to Dismiss the Ninth and Fourteenth Counts of Plaintiff's Amended Complaint by Defendants Justin Elicker, Otoniel Reyes, City of New Haven and New Haven Police Department was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ *Michael A. Wolak, III*
      Michael A. Wolak, III