## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEPHANIE WASHINGTON** | ) | **CIVIL ACTION NO.:** |
|    *-Plaintiff-* | ) | |
| | ) | |
| **V.** | ) | **3:20-cv-01111** |
| | ) | |
| **DEVIN EATON, TERRANCE POLLOCK,** | ) | |
| **AZIZ ABDULLATTF, CURT B. LENG,** | ) | |
| **JOHN SULLIVAN, TOWN OF HAMDEN,** | ) | |
| **TOWN OF HAMDEN POLICE** | ) | |
| **DEPARTMENT, RONNELL HIGGINS,** | ) | |
| **YALE UNIVERSITY, JUSTIN ELICKER** | ) | |
| **OTONIEL REYES, CITY OF NEW HAVEN,** | ) | |
| **NEW HAVEN POLICE DEPARTMENT,** | ) | |
| **and T&S UNITED, LLC** | ) | |
|    *-Defendants-* | ) | **SEPTEMBER 22, 2020** |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT AZIZ ABDULLATTF AND DEFENDANT T&S UNITED, LLC's MOTION TO DISMISS

Pursuant to Local Rule 7 of the District of Connecticut and Federal Rule of Civil Procedure 6(b), the Plaintiff hereby respectfully moves for an extension of time of thirty (30) days, up to and including October 28, 2020 in order to file a response to the Motion to Dismiss filed by the Defendants Aziz Abdullattf and T&S United, LLC on September 7, 2020. Given the demands on the undersigned's schedule and the time required to complete the memorandum, the undersigned requires the additional time to prepare a proper response. This is the Plaintiff's first request for an extension of this deadline. The undersigned has conferred with Attorney John J. Morgan, counsel for movants, defendants Abdullattf and T&S United, LLC, who consents to this extension of time.

WHEREFORE, Plaintiff seeks an extension of time until October 28, 2020 to file her response to Defendants' Motion to Dismiss.

        THE PLAINTIFF,
        STEPHANIE WASHINGTON

    By: **/s/ Winthrop S. Smith, III, Esq. (ct30063)**
        Dey Smith Steele, LLC
        9 Depot Street, 2nd Floor
        Milford, CT 06460
        Tel.: (203) 882-3351
        Fax: (203) 882-3359
        Email: winIII@deysmith.com

## CERTIFICATION

I hereby certify that on Tuesday, September 22, 2020, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use or accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        **/s/ Winthrop S. Smith, III, Esq. (ct30063)**

2