UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON )<br>   -Plaintiff-   ) | | CIVIL ACTION NO.: |
| ) | | |
| V.                    ) | | 3:20-cv-01111 |
| ) | | |
| DEVIN EATON, TERRANCE POLLOCK,   )<br>AZIZ ABDULLATTF, CURT B. LENG,   )<br>JOHN SULLIVAN, TOWN OF HAMDEN,   )<br>TOWN OF HAMDEN POLICE   )<br>DEPARTMENT, RONNELL HIGGINS,   )<br>YALE UNIVERSITY, JUSTIN ELICKER   )<br>OTONIEL REYES, CITY OF NEW HAVEN,   )<br>NEW HAVEN POLICE DEPARTMENT,   )<br>and T&S UNITED, LLC   )<br>   -Defendants-   ) | | OCTOBER 8, 2020 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS (DOC. #39) FILED BY DEFENDANTS, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT**

Pursuant to Local Rule 7 of the District of Connecticut and Federal Rule of Civil Procedure 6(b), the Plaintiff hereby respectfully moves for an extension of time of fourteen (14) days, up to and including October 22, 2020 in order to file a response to the Motion to Dismiss filed by the Defendants, Justin Elicker, Otoniel Reyes, City of New Haven, and New Haven Police Department on September 17, 2020. The undersigned believed he would be able to complete the memorandum in opposition by tomorrow. However, it because apparent late this afternoon that additional time is required.

This is the Plaintiff's first request for an extension of this deadline.

Michael Wolak, Esq., counsel for the defendants, consents to this requested extension.

WHEREFORE, the foregoing reasons, Plaintiff seeks an extension of time until October 22, 2020 to file her response to Defendants' Motion to Dismiss.

THE PLAINTIFF,<br>
STEPHANIE WASHINGTON

By:  <u>/s/ John-Henry M. Steele (ct10187)</u>
Dey Smith Steele, LLC
9 Depot Street, 2nd Floor
Milford, CT 06460
Tel.: (203) 882-3351
Fax: (203) 882-3359
Email: jhs@deysmith.com

## **CERTIFICATION**

I hereby certify that on Tuesday, September 22, 2020, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use or accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ John-Henry M. Steele (ct10187)</u>