UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIVIL ACTION NO. 3:20-cv-01111 |
| *Plaintiff* | : | |
| v. | : | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED | : | |
| *Defendants* | : | October 13, 2020 |

## **MOTION FOR CONTINUANCE ON BEHALF OF DEVIN EATON**

The Defendant, Devin Eaton, respectfully moves this Court to continue the scheduling conference currently scheduled for October 16, 2020 at 2:00 PM. Attorney Spector has a health issue and will not be available on that date. Attorney Yale has an existing work obligation.

Attorneys for all defendants consent to this motion. Plaintiff's counsel did not without a date certain that all parties and the Court found acceptable for a future conference.

1

**Hassett & George, P.C.**   945 Hopmeadow Street, Simsbury, CT  06070
(860) 651-1333  Fax (860) 651-1888  Juris No. 407894

Wherefore, the Defendant respectfully moves the Court to grant this motion.

          THE DEFENDANT,
By:/s/ ct26912
David C. Yale
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
dyale@hgesq.com
Juris No. 407894

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON | : | CIVIL ACTION NO. 3:20-cv-01111 |
| *Plaintiff* | : | |
| v. | : | |
| DEVIN EATON, TERRANCE POLLOCK, AZIZ ABDULLATTF, CURT B. LENG, JOHN SULLIVAN, TOWN OF HAMDEN, TOWN OF HAMDEN POLICE DEPARTMENT, RONNELL HIGGINS, YALE UNIVERSITY, YALE UNIVERSITY POLICE DEPARTMENT, JUSTIN ELICKER, OTONIEL REYES, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPARTMENT, and T&S UNITED | : | |
| *Defendants* | : | October 13, 2020 |

## **CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                 THE DEFENDANT,
                                                 By:/s/ ct26912
                                                 David C. Yale
                                                 Hassett & George, P.C.
                                                 945 Hopmeadow Street

**Hassett & George, P.C.**   945 Hopmeadow Street, Simsbury, CT  06070
(860) 651-1333  Fax (860) 651-1888  Juris No. 407894

Simsbury, CT 06070
(860) 651-1333
dyale@hgesq.com
Juris No. 407894

S:\Insurance Defense\CIRMA\Washington v. Town of Hamden\pleadings\DOCs\MOT to stay 09 01 20.docx

4

**Hassett & George, P.C.**    945 Hopmeadow Street, Simsbury, CT  06070
(860) 651-1333  Fax (860) 651-1888  Juris No. 407894