Civil- (Dec-2008)

HONORABLE: V. Bryant

DEPUTY CLERK J. Shafer     RPTR/ECRO/TAPE F. Velez, ECRO

TOTAL TIME: _____ hours  22  minutes

DATE: 11-6-2020     START TIME: 2:19 pm     END TIME: 2:41 pm

LUNCH RECESS     FROM: _____     TO: _____

RECESS (if more than ½ hr)     FROM: _____     TO: _____

CIVIL NO. 3:20-cv-1111-VLB

Stephanie Washington, et al.

vs

Devin Eaton, et al.

J.-H. Steele & W. Smith, III

Plaintiff's Counsel

J. Tallberg, M. Wolak, III,
D. Yale, P. Noonan, & J. Morgan

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Scheduling Teleconference

☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ Hearing continued until _____ at _____

Notes: The Court will address the pending motions to dismiss.