## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHANIE WASHINGTON** ) | **CIVIL ACTION NO.:** |
|    *-Plaintiff-* ) | |
| ) | |
| **V.** ) | **3:20-cv-01111 (VLB)** |
| ) | |
| **DEVIN EATON, TERRANCE** ) | |
| **POLLOCK, AZIZ ABDULATTF,** ) | |
| **CURT B. LENG, JOHN SULLIVAN,** ) | |
| **TOWN OF HAMDEN, TOWN OF** ) | |
| **HAMDEN POLICE DEPARTMENT,** ) | |
| **RONNELL HIGGINS, YALE** ) | |
| **UNIVERSITY, JUSTIN ELICKER,** ) | |
| **OTONIEL REYES, CITY OF NEW** ) | |
| **HAVEN, NEW HAVEN POLICE** ) | |
| **DEPARTMENT, and T&S** ) | |
| **UNITED, LLC** ) | |
|    *-Defendants-* ) | November 12, 2020 |

## MOTION TO EXTEND TIME - ON CONSENT

The Defendants Aziz Abdulattf and T&S United, LLC hereby move for an extension of time within which to file their Reply Brief to the plaintiff's memorandum in opposition to their motion to dismiss.

The Reply has already been filed however, in excess of caution, the undersigned files this motion to the extent the Reply might be deemed late and because we do not recall if the short delay was discussed with the Court during the status conference last week.

The undersigned communicated with plaintiff's counsel during which communication, plaintiff counsel consented to a 7 day extension of time to Reply. Obviously, the Reply was filed well within that proposed extension. It is the only extension of time sought with respect to this deadline.

**Accordingly, the undersigned respectfully submits that the time to file the Reply should be extended to the extent deemed necessary.**

        **The Defendants,**
        **Aziz Abdullattf and T&S United, LLC**

**By: _____/s/_____**
        **John J. Morgan (ct13312)**
        **Barr & Morgan**
        **84 West Park Place, Third Floor**
        **Stamford, CT 06901**
        **Tel: (203) 356-1595**
        **Fax: (203) 504-8926**
        **jmorgan@pmpalawyer.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By:_____/s/_____
John J. Morgan (ct13312)
Barr & Morgan
84 West Park Place, Third Floor
Stamford, CT 06901
Tel: (203) 356-1595
Fax: (203) 504-8926
jmorgan@pmpalawyer.com