UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON )<br>   *-Plaintiff-* )<br> )<br>V. )<br> )<br>DEVIN EATON, TERRANCE )<br>POLLOCK, AZIZ ABDULLATTF, )<br>TOWN OF HAMDEN, YALE )<br>UNIVERSITY and T&S UNITED, LLC )<br>   *-Defendants-* ) | | CIVIL ACTION NO.:<br><br>3:20-cv-01111 (VLB)<br><br><br><br><br><br>JUNE 9, 2022 |

### PARTIES JOINT STATUS REPORT WITH PROPOSED DEADLINES

#### I.   STATUS REPORT

On Friday, May 27, 2022, Devin Eaton entered a plea of no contest to a single count of felony assault in the first degree, extreme indifference to life and was found guilty of same. His sentence included 5 years in jail, execution suspended, and probation for three (3) years.

#### II.   PROPOSED DEADLINES

A.   Fact-witness discovery and depositions, completed by June 15, 2023.

B.   A damages analysis will be provided by any party who has a claim or counterclaim for damages by January 15, 2023.

C. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by August 15, 2023.

D. Depositions of any such experts will be completed by November 15, 2023.

E. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 15, 2024.

F. Depositions of such experts will be completed by April 15, 2024.

G. Dispositive motions will be filed on or before May 15, 2024.

H. The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by June 15, 2024, if no dispositive motions have been filed. If dispositive motions have been filed, the joint trial memorandum will be filed within thirty (30) days of the date when the court issues its order(s) on said motion(s).

I. The case will be ready for trial by June 15, 2024, if no dispositive motions have been filed. If dispositive motions have been filed, the case will be ready for trial on the date when the joint trial memorandum has been filed.

       **THE PLAINTIFF,**
       **STEPHANIE WASHINGTON**

By: **/s/ John-Henry M. Steele (ct10187)**
   **Dey Smith Steele, LLC**
   **9 Depot Street, 2nd Floor**
   **Milford, CT 06460**
   **Tel.: (203) 882-3351**
   **Fax: (203) 882-3359**
   **E-mail: jhs@deysmith.com**


**Aziz Abdullattf and T&S United, LLC**

**By: _____**
**John J. Morgan (ct13312)**
**Barr & Morgan**
**84 West Park Place, Third Floor**
**Stamford, CT 06901**
**Tel: (203) 356-1595**
**Fax: (203) 504-8926**
**jmorgan@pmpalawyer.com**


**THE DEFENDANT,**
**DEVIN EATON**

**By /s/_____**
**Ct26912**
**David C. Yale**
**Hassett & George, PC**
**945 Hopmeadow Street**
**Simsbury, CT 06070**
**(860) 651-1333**
**(860) 651-1888 facsimile**
**dyale@hgesq.com**

3

THE DEFENDANTS,
YALE UNIVERSITY, and TERRANCE POLLOCK

By: /s/
PATRICK M. NOONAN – CT00189
MATTHEW H. GEELAN – CT26934
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:            (203) 458-4424
Email:          pnoonan@ddnctlaw.com


DEFENDANT, TOWN OF HAMDEN

BY /ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com


**CERTIFICATION**

I hereby certify that on June 9, 2022, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use, or accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John-Henry M. Steele (ct10187)