UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE WASHINGTON,<br>    Plaintiff, | : | CIV. NO. 3:20cv01111(VLB) |
| | : | |
| vs. | : | |
| | : | |
| DEVIN EATON, ET AL.<br>    Defendants. | : | DECEMBER 30, 2022 |

## JOINT MOTION FOR REFERRAL FOR SETTLEMENT CONFERENCE AND STAY OF DISCOVERY

Plaintiff Stephanie Washington and Defendants Town of Hamden, Aziz Abdullattf, T&S United, LLC, Devin Eaton, Yale University, and Terrance Pollock, respectfully request that the Court issue an order referring them to a United States Magistrate Judge for a settlement conference and, further, move this Court to stay all proceedings and discovery in this matter until such settlement conference is held.

In support of this motion, the parties represent as follows:

1.  The parties have agreed that, once plaintiff has complied with the Court's ruling of December 1, 2022 [ECF No. 100] and plaintiff has been deposed, they wish to participate in a settlement conference with a Magistrate Judge.

2.  The parties have agreed to conduct plaintiff's deposition on January 27, 2023, and a notice of deposition has issued for that date. The parties' agreement as to this deposition date is based on an expectation that other than providing copies of actual medical imaging/films, plaintiff will have otherwise complied with the Court's December 1, 2022 Order by at least one week prior to the date of her deposition, up to and including January 20, 2023

1

3. Rather than wait until after plaintiff's January 27, 2023 deposition to request a referral for a settlement conference, the parties wish to seek that referral now with the hope that the settlement conference can be scheduled for a date in February 2023.

4. The present fact witness discovery deadline is January 31, 2023 [ECF No. 86].

5. If the case does not settle during the anticipated settlement conference, there is limited discovery that both plaintiff and defendants would wish to conduct; however, the parties do not want to incur the cost and expense of conducting that discovery until they have exhausted their efforts to reach a global resolution of this dispute.

6. The parties, thus, respectfully request that the discovery deadline either be elongated by ninety (90) days, or stayed, to allow the parties to focus their efforts on resolving the dispute.

7. Pursuant to Local Rule 7(b), the parties have participated in multiple meet and confer sessions and have diligently sought to resolve this dispute with minimal judicial intervention; thus, there is good cause for this request, which is filed jointly by all parties.

4893-3406-9831, v. 1

        **PLAINTIFF, STEPHANIE WASHINGTON,**

**BY** /s/John-Henry M. Steele (ct10187)
    Dey Smith Steele, LLC
    9 Depot Street, 2nd Floor
    Milford, CT 06460
    Tel: (203) 882-3351
    Fax: (203) 882-3359
    E-mail: jhs@deysmith.com


        **DEFENDANT, TOWN OF HAMDEN,**

**BY** /ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Dr., Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com


        **DEFENDANTS, AZIZ ABDULLATTF and T&S UNITED, LLC**

**BY** /ss/ John J. Morgan
    John J. Morgan (ct13312)
    Barr & Morgan
    2777 Summer Street, 5th Floor
    Stamford, CT 06905
    Tel: (203) 356-1595
    Fax: (203) 504-8926
    jmorgan@pmpalawyer.com

**DEFENDANT, DEVIN EATON,**

BY <u>/ss/ Elliot Spector</u>
    Elliot Spector
    Hasset & George, PC
    945 Hopmeadow Street
    Simsbury, CT 06070
    (860) 651-1333
    (860) 651-1888 facsimile
    <u>Ebspector87@gmail.com</u>


**DEFENDANTS, YALE UNIVERSITY and TERRANCE POLLOCK**

BY <u>/ss/ Patrick Noonan</u>
    PATRICK N. NOONAN – CT00189
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT 06437
    Telephone: (203) 458-9168
    Fax:        (203) 458-4424
    Email:      <u>pnoonan@ddnctlaw.com</u>

4

## CERTIFICATION

I hereby certify that on December 30, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<pre>
                                        /ss/ James N. Tallberg
                                        James N. Tallberg
</pre>

4893-3406-9831, v. 1